IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DAVID RAY EVANS                                                      PLAINTIFF

v.                               Case No. 07-2083

J. MICHAEL FITZHUGH; JAMES
ROBERT MARSCHEWSKI; CLAIRE
LOUISE BORENGASSER; and
PAT TATRO
                                                                    DEFENDANTS

### ORDER

Now on this 28th day of September 2007, there comes on for consideration the report and recommendation filed herein on September 19, 2007, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 5). Plaintiff has filed written objections to the report and recommendation.

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's IFP application is DENIED as he is not eligible to proceed IFP because of the application of 28 U.S.C. § 1915(g).  The U.S. District Clerk is directed to collect the $350.00 filing fee from Plaintiff.  Further, Plaintiff's Complaint is DISMISSED on the grounds that the claims are frivolous, time-barred and asserted against at least one defendant who is immune from suit.  *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii)(IFP action may be dismissed on such grounds at any time).

IT IS SO ORDERED.

                                          /s/ Robert T. Dawson
                                          Honorable Robert T. Dawson
                                          United States District Judge